## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOROUGH OF MCKEES ROCKS, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>ALLEGHENY COUNTY SANITARY )<br>AUTHORITY, )<br> )<br>Defendant. ) | No.   2:21-cv-00530<br><br>Magistrate Judge J. Nicholas Ranjan |

### ENTRY OF APPEARANCE

Please enter the appearance of Christina Manfredi McKinley in the above-captioned matter on behalf of the Defendant, Allegheny County Sanitary Authority.

    Respectfully submitted,

    BABST, CALLAND, CLEMENTS
    and ZOMNIR, P.C.


    */s/ Christina Manfredi McKinley*

    Christina Manfredi McKinley
    PA I.D. No. 320002
    Two Gateway Center, 6th Floor
    Pittsburgh, PA  15222
    (412) 394-5432
    cmckinley@babstcalland.com

    Attorney for Allegheny County Sanitary Authority

    Dated: March 17, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2022 the foregoing Entry of Appearance was served upon all counsel of record via the Court's CM/ECF system.

*/s/ Christina Manfredi McKinley*